BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

OCT 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ NO. 2:12-0270 EFB |
| Plaintiff, | |
| v. | ORDER RE: REQUEST TO UNSEAL COMPLAINT AND ASSOCIATED AFFIDAVIT |
| JORGE MEDINA VASQUEZ, ET AL., | |
| Defendants, | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and associated affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: October 17, 2012

_____
United States Magistrate Judge
EDMUND F. BRENNAN

1