Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Defendant
Jorge Medina Vasquez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) **2:12-cr-0376-TLN** |
| vs. | ) |
|  | ) **STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE FOR DEFENDANT JORGE MEDINA VASQUEZ; ORDER** |
| JORGE MEDINA VASQUEZ, | ) |
| Defendant. | ) |

    Plaintiff, the United States of America, by and through its counsel of record, and the Defendant Jorge Medina Vasquez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 3, 2014.

2. By this stipulation, the Defendant Jorge Medina Vasquez now requests to continue the status conference until May 29, 2014, at 9:30 a.m., and to exclude time between April 3, 2014 and

May 29, 2014, under Local Code T4.  Plaintiff does not oppose Defendant's request.

3. The parties agree and stipulate, and request, that the Court find the following:

   a. The government has represented that the discovery associated with this case includes several discs containing audio recordings, and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b. Counsel for Defendant Jorge Medina Vasquez desires additional time to consult with his client, to review the current charges, to conduct further investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

   c. Counsel for the Defendant Jorge Medina Vasquez believes failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the request for continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2014 and May 29, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at

Defendant Jorge Medina Vasquez' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant Jorge Medina Vasquez in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 1, 2014         BENJAMIN WAGNER
                             U.S. ATTORNEY

                       by:   */s/ Jill Thomas*
                             JILL THOMAS
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Dated: April 1, 2014   by:   */s/ Russell S. Humphrey*
                             RUSSELL S. HUMPHREY
                             Attorney for Jorge Medina Vasquez

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of April, 2014.

_____
Troy L. Nunley
United States District Judge